

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2022

No. 04-22-00409-CV

Jim **KIRKLAND**,
Appellant

v.

**V & S TOTAL TRADE, LLC**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022 CV01025
Kevin Henderson, Judge Presiding

# O R D E R

Pending before the court in cause number 04-22-00409-CV is appellant Jim Kirkland's motion to consolidate and accompanying request for an extension of time to file appellant's brief. Appellant Jim Kirkland asserts that the instant case and cause number 04-22-00410-CV, wherein Joe Kirkland is the appellant, are companion cases and should be consolidated. The court **GRANTS** appellant's motion for extension of time to file an appellant's brief and **ORDERS** appellant's brief to be filed by January 5, 2023. The court holds under advisement appellant's motion to consolidate. If appellee desires, it may file a response to appellant's motion to consolidate by December 7, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court